| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANDREW BARNETT, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:18-CV-421
§
FNU WATSON, §
§
    Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Andrew Barnett, an inmate currently confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type complaint against defendants FNU Watson, FNU Duck, unidentified SIS Investigators and USP Beaumont.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 19th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE